**Order filed May 8, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00904-CV

_____

**SCWYANA SMITH, Appellant**

**V.**

**BEAR CREEK MEADOWS HOMEOWNERS ASSOCIATION, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-75442**

# O R D E R

On December 19, 2013, this court ordered appellant to file an amended notice of appeal containing a signature of appellant or appellant's counsel. *See* Tex. R. App. P. 9.1. To date, a corrected notice of appeal has not been filed. In addition, appellant's brief was due April 23, 2014. No brief or motion for extension of time has been filed.

Unless appellant files both a corrected notice of appeal containing a signature or appellant or appellant's counsel and a brief with the clerk of this court on or before **May 30, 2014**, the court will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM